UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00187 and related case 2:06-cr-00340 |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| STEVEN RUSSELL, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release STEVEN RUSSELL, Case No. 2:11-cr-00187 and related case 2:06-cr-00340, from custody for the following reasons:

    \_\_\_\_    Release on Personal Recognizance

    \_\_\_\_    Bail Posted in the Sum of $\_\_\_\_

    \_\_\_\_    Unsecured Appearance Bond

    \_\_\_\_    Appearance Bond with 10% Deposit

    \_\_\_\_    Appearance Bond with Surety

    \_\_\_\_    Corporate Surety Bail Bond

    \_X\_    (Other): Pursuant to the Court's Order and Judgment of time served.

Issued in Sacramento, California on January 26, 2012.

Dated: January 26, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE